In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Elevated Railroad Structures, etc., in East Forty-second Street, Constituting the Existing Forty-second Street Spur, in the Borough of Manhattan, City of New York, etc.

Supreme Court, New York County, February 26, 1932.

*Arthur J. W. Hilly* [*John Lehman* of counsel], for the city of New York.

*Page & Page* [*William H. Page* and *John G. Dalton* of counsel], for the Bowman Biltmore Hotels Corporation and other property owners.

*Shearman & Sterling*, for Robert Walton Goelet and others.

*Parsons, Closson & McIlvaine* [*Albert S. Wright* of counsel], for the Cooper Union for the Advancement of Science and Art.

*Middlebrook & Singerbeaux* [*Thomas H. Baskerville* of counsel], for the Manhattan Storage and Warehouse Company.

*Edmund W. Van Voorhis* [*Herbert H. Maass* of counsel], for Pershing Square Building Corporation.

*George Welwood Murray*, for the Equitable Trust Company of New York, as trustee, etc.

*William Roberts*, for Manhattan Railway Company.

*James L. Quackenbush* [*J. Osgood Nichols* of counsel], for the Interborough Rapid Transit Company.

*Davies, Auerbach & Cornell* [*H. C. McCollum* of counsel], for the Central Hanover Bank and Trust Company.

INGRAHAM, J. This proceeding came on for trial before the late Mr. Justice MULLAN, who died after testimony was taken and a final decree prepared, but before the final decree could be signed. (141 Misc. 565.) The case was retried before me and the record, including all of the testimony and exhibits taken before Mr. Justice MULLAN, was introduced, all the parties consenting that it be received with the same force and effect as if the witnesses were called and had testified and the same objections therein had been made. I have viewed the premises and have carefully considered such testimony, the objections thereto and the exceptions reserved and I am fully in accord with those rulings and I allow all exceptions thereto taken. I concur in the awards made by Mr. Justice MULLAN and in the reasons therefor given in his opinion, which I adopt without setting them forth, since a repetition of them here would be fruitless. I award the sum of $619,352.41 for the property taken. The corporation counsel is directed to prepare a tentative decree.